IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INDIANA LUMBERMEN'S MUTUAL INSURANCE CO., an Indiana Corporation )<br><br>Plaintiff, )<br><br>v. )<br><br>GARY SPOON d/b/a SPOON'S WRECKER SERVICE )<br><br>Defendant. ) | Case No. CIV-09-485-JHP |

## JUDGMENT

This action was commenced by Plaintiff, Indiana Lumbermen's Mutual Insurance Company ("ILM") on 17th of December, 2009 for recovery against the Defendant, Gary Spoon d/b/a Spoon's Wrecker Service ("Spoon"), seeking recovery for conversion of property by Spoon of a 2008 Ford F-350 King Ranch pick-up truck. The nature of the claim is for damages for conversion of property and is supported by the facts of the case. Pursuant to an agreement the parties agree to enter this judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff, Indiana Lumbermen's Mutual Insurance Co., an Indiana Corporation, have and recover judgment from and against the Defendant, Gary Spoon for the sum of Fifty Thousand Dollars ($50,000), plus post judgment interest as provided by law. This judgment, upon filing shall be immediately subject to all collection procedures available. By their signatures hereon the parties agree that this is a final Judgment and shall not be subject to appeal and waive all rights to appeal.

Dated this 2nd day of September, 2011.

                                                James H. Payne
                                                United States District Judge
                                                Eastern District of Oklahoma

APPROVED:


S/Michael D. Gray
Michael D. Gray, OBA No. 11326
Ramsey and Gray, P.C.
700 Corporate Tower
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 239-2393
Facsimile: (405) 232-5135
ATTORNEY FOR PLAINTIFF